# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-1715

———————

Marilyn B. Harrison,                              *
                                                  *
            Appellant,                            *
                                                  *
      v.                                          *   Appeal from the United States
                                                  *   District Court for the
Washington Regional Medical                       *   Western District of Arkansas.
Center; American National Red                     *
Cross, Inc.,                                      *        **[UNPUBLISHED]**
                                                  *
            Appellees,                            *

———————

Submitted:  April 3, 1997

    Filed:  April 10, 1997

———————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

———————


PER CURIAM.


     Marilyn Harrison appeals the district court's[1] grant of summary judgment in favor of the American National Red Cross and Washington Regional Medical Center on her claim that she contracted Hepatitis C through blood transfusions administered to her at Washington Regional Medical Center. Having carefully reviewed the record and the parties' briefs, we conclude summary judgment was proper for the reasons stated in the district court's thorough

———————

[1]The HONORABLE H. FRANKLIN WATERS, Chief Judge of the United States District Court for the Western District of Arkansas.

memorandum opinions and orders.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.